**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Jacqueline Y. Smith, | ) | NO.: 10 - 32121 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |

**NOTICE OF MOTION**

TO:    Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, Illinois 60603
        via the Court's electronic noticing system

        Michael Dimand, 5 E Wilson Street, Suite 2, Batavia, Illinois 60510 via the Court's
        electronic noticing system

        PLEASE TAKE NOTICE that on the 14th day of January, 2015 at 9:30 a.m., an attorney
from the undersigned law firm shall appear before the Honorable Judge Jack B. Schmetterer  in
Room 682 of the United States Courthouse located in the Everett McKinley Dirksen Building at
219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion to
Determine Cure, at which time and place you may appear if you  so choose.

                                         /s/ Lorraine M. Greenberg
                                        Lorraine M. Greenberg

**CERTIFICATE OF SERVICE**

        The undersigned attorney hereby certifies that she served a copy of this Notice and the
Motion to Determine Cure by causing a copy of each to be placed in the CM/ECF System
maintained by the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois on
January 9, 2015 before 4:00 p.m.

                                        /s/ Lorraine M. Greenberg
                                        Lorraine M. Greenberg

LORRAINE GREENBERG
150 N. Michigan Avenue, Suite 800
Chicago, Illinois 60601
(312) 588-3330
ARDC NO. 3129023

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Jacqueline Y. Smith, | ) | NO.: 10-32121 |
| | ) | |
| Debtor. ) | | Judge Jack B. Schmetterer |

**MOTION TO DETERMINE FINAL CURE OF MORTGAGE OF
BANK OF AMERICA, N.A.**

NOW COMES the Debtor, by her attorney, Lorraine M. Greenberg, pursuant to Federal

Bankruptcy Rule 3002.1 (h), and requests a hearing to determine the amount necessary to cure

the mortgage of Bank of America,  if any, and in support thereof, states as follows:

1.  Debtor filed the original Chapter 13 Petition on July 20, 2010.    At the time of filing,

the servicing agent for the primary lienholder on debtor's principal residence was Bank of

America, N.A.

2.  The Chapter 13 Plan was confirmed on October 6, 2010.

3.  The Trustee filed a Notice of Payment of Final Mortgage Cure pursuant to Bankruptcy

Rule 3002.1 (f) on December 8, 2014.  The Notice provided that Debtor had cured the pre-

petition default claim in its entirety during the term of the Plan.

4.  An attorney for Bank of America filed its Response to the Trustee's Notice of Final

Mortgage Cure on December 17, 2014 alleging a post-petition default of $6,297.43.  No proof of

claim was ever filed on behalf of Bank of America.  This pertains to a mortgage lien on debtor's

residence.

5.  Debtor disputes that there is any post-petition default owing Bank of America, N.A.

6.   Debtor has not yet received her discharge but the Trustee has filed a Notice of

Completion of Plan Payments.

WHEREFORE, Debtor moves this honorable Court to enter an Order declaring Debtor

current and the Mortgage fully reinstated on the debt owed to the primary lienholder, i.e. Bank of

America, N.A. and for Bank of America to provide a complete payment  history of the loan to

debtor and her counsel,  and further find that all post-petition arrearage have been fully paid and

that this creditor be forever barred from seeking to collect any indebtedness as of the date of the

entry of the Order, including but not limited to late penalties or fees, post-petition attorneys fees

and costs of collection not approved by the Bankruptcy Court and for such other relief as this

Court deems necessary and just.

Respectfully submitted,

Jacqueline Y. Smith


BY:  /s/   Lorraine M. Greenberg
Lorraine M. Greenberg



LORRAINE GREENBERG
Attorney at Law
150 N. Michigan Avenue, Suite 800
Chicago, Illinois 60601
(312) 588-3330
ARDC NO.  3129023