### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )        BK No.:    10-32121
    Jacqueline Y. Smith,              )
                                     )        Chapter: 13
                                     )
                                     )        Honorable Jack Schmetterer
                                     )
            Debtor(s)                 )

**Order to Determine Final Cure and Mortgage Payment re: Rule 3002.1**

    THIS CAUSE COMING ON TO BE HEARD upon Debtor's Motion to Determine Cure of Mortgage of  Bank of America, N.A., and the Court finding due notice having been given, and the Court being fully advised, IT IS HEREBY ORDERED without objection by Bank

    1.   The Court finds that Debtor has made all required post-petition payments due Bank of America, N.A. and is found to be current and reinstated on the secured post-petition claim of said Creditor through and including the date of entry of this Order.  All pre-petition arrears have been paid in full.

    2.   The creditor or its assigns or agents are hereby forever barred from seeking to collect any indebtedness stemming from the course of the bankruptcy proceeding, including but not limited to late penalties or fees, post petition attorneys fees and costs of collection unless specifically approved by the Bankruptcy Court.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  January 21, 2015

**Prepared by:**

Lorraine M. Greenberg
150 N. Michigan Avenue, Suite 800
Chicago, Illinois  60601
(312) 588-3330