IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JACQUELINE Y. SMITH | ) | CASE NO. 10-32121 |
| | ) | CHAPTER 13 |
| | ) | JUDGE SCHMETTERER |
| DEBTOR | ) | |

NOTICE OF MOTION

To: Jacqueline Y Smith 14036 South Saginaw Burnham, IL 60633
    Lorraine M. Greenberg 150 North Michigan Avenue Suite 800 Chicago, IL 60601
    Tom Vaughn 55 E. Monroe Street, Suite 3850 Chicago, IL 60603

PLEASE TAKE NOTICE that on February 11, 2015 at the hour of 9:30 a.m., I shall appear before the Honorable Judge Schmetterer, Room 682 of the U.S. Bankruptcy Court, 219 S. Dearborn, Chicago, Illinois and then and there move the court pursuant to the attached Motion at which time and place you may appear if you see fit.

/s/Michael Dimand
MICHAEL DIMAND

CERTIFICATE OF MAILING

I, MICHAEL DIMAND, an attorney, certify that I served the above-named respondents by placing a copy of the Motion in an envelope, correctly addressed and mailing same by regular mail, postage pre-paid in the U.S. Mail chute at 5 E. Wilson St., Batavia, Illinois before the hour of 5:00 p.m. on January 22, 2015.

/s/Michael Dimand
MICHAEL DIMAND

THIS COMMUNICATION IS FROM A "DEBT COLLECTOR." (15USC 1692a)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JACQUELINE Y. SMITH | ) | CASE NO. 10-32121 |
| | ) | CHAPTER 13 |
| | ) | JUDGE SCHMETTERER |
| DEBTOR | ) | |

### Motion to Vacate Order on Motion to Determine Final Cure

Now Comes the Creditor, Bank of America, N.A. by and through its attorney, Michael Dimand, and moves this Court for the entry of an Order vacating the Order of January 21, 2015, and in support thereof, states as follows:

1. That the Creditor is a financial institution licensed to transact business in the State of Illinois.

2. That Creditor is a secured creditor by virtue of a mortgage upon real property located at 14036 South Saginaw Burnham, IL 60633.

3. That the Debtor filed a Motion for Determination of Final Cure and Mortgage Payment re: Rule 3002.1 on January 9, 2015.

4. That the Creditor's attorney and Debtor's attorney were attempting to reach agreement on the Motion prior to the court date of January 21, 2015, but had not yet done so due to the age of this case, the lengthy post-petition payment history, and other factors which complicated the calculation of the post-petition payment status.

5. Counsel for debtor and creditor had agreed prior to the January 21 hearing date to continue the matter for two weeks for further review of the documents, but as both were represented in court by other attorneys, their intent was not communicated to the court.

6. As a result, an Order granting Debtor's Motion was entered on January 21, 2015.

WHEREFORE, Creditor prays as follows:

a. That the Court enter an Order vacating the Order of January 21, 2015.

b. For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted:
/s/Michael Dimand
Michael Dimand
Attorney for Creditor

Michael Dimand
The Wirbicki Law Group
5 East Wilson
Batavia, IL 60510
(630) 406-8099